**Gary Lewis MILLER, Petitioner–Appellant,**

v.

**James B. FRENCH, Respondent–Appellee.**

No. 00–6987.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 22, 2001.

Decided Feb. 28, 2001.

Gary Lewis Miller, pro se.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Gary Lewis Miller seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Miller v. French,* No. CA–00–268–5–H (E.D.N.C. May 31, 2000). We further deny Miller's motion for appointment of counsel. We

dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*